# Exhibit 2

Worker Justice Center Letter Dated May 4, 2022



Bianca Castellano
Probation Officer, Herkimer County
109 Mary Street, Suite 1202
Herkimer, NY 13350
bcastellano@herkimercounty.org

May 4, 2022
VIA U.S. MAIL AND EMAIL

Dear Ms. Castellano,

We write on behalf of Mr. Joseph Warn. We understand that he has previously requested that his mandatory check-ins take place at his residence as a reasonable accommodation for his disability. Currently, Mr. Warn must walk over 4.5 miles each way to your office in order to attend his check-ins. This poses a significant hardship to Mr. Warn because of his diagnosed sciatica and lower back pain, as well as his diagnosed mental disabilities.

We write to again request that Mr. Warn is provided with at-home or virtual check-ins as a reasonable accommodation for his disabilities. Should your office be unable to accommodate either of these specific proposals, we invite you to contact us to discuss how Mr. Warn's disabilities can be accommodated. Failure to provide reasonable accommodations for disabled people on parole and probation may be violative of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, Section 504 of the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, and the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.*

Please feel free to contact us with any questions or concerns.

Sincerely,

Maureen Hussain, Esq.,
Worker Justice Center of New York
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532
(845) 331-6615 ext. 1011
mhussain@wjcny.org

Olivia Post Rich, Esq.
Worker Justice Center of New York
1187 Culver Road
Rochester, NY 14609

 1187 Culver Rd
Rochester, NY 14609
(585) 325 3050

 9 Main Street
Kingston, NY 12401
(845) 331 6615

 245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org