# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| JOSEPH WARN, JR.<br><br>*Plaintiff(s)*<br><br>v.<br><br>HERKIMER COUNTY; MICHAEL SCALISE both individually and in official capacity as Director of the Herkimer County Probation Department; BIANCA CASTELLANO both individually and official capacity<br>*Defendant(s)* | Civil Action No. 6:25-cv-00543 (ECC/ML) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Herkimer County
109 Mary St., Suite 1310
Herkimer, NY 13350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Malcolm Kim, Esq.
M.S. Kim Law
2269 Lyell Avenue, Suite 103 #1074 (mail only)
Rochester, NY 14606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/02/2025

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*