UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH WARN, JR.,
                        Plaintiff,

        -against-                                  Civil Case No. 6:25-cv-00543

HERKIMER COUNTY; MICHAEL SCALISE both individually and in his official capacity as Director of the Herkimer County Probation Department; BIANCA CASTELLANO both individually and in her official capacity,
                        Defendants

JURY TRIAL DEMANDED

---

## NOTICE OF APPEARANCE

Malcolm Kim, of M.S. Kim Law, who is duly admitted to practice before this honorable court, respectfully requests the Clerk enter their appearance as the attorney for Plaintiff Joseph Warn, Jr. in this action, and further requests that all papers filed through the ECF system be served by e-mail at mal@mskimlaw.com.

                                                                  Respectfully submitted,

                                                                  */s/ Malcolm Kim*

                                                                  Malcolm Kim, Esq.
                                                                  M.S. Kim Law
                                                                  2269 Lyell Avenue Suite 103 #1074
                                                                  Rochester, NY 14606 (mail only)
                                                                  Phone: 585-228-5322
                                                                  mal@mskimlaw.com

Dated: May 6, 2025