UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH WARN, JR.,

                          Plaintiff,

   -against-

HERKIMER COUNTY, MICHAEL SCALISE, in his official and individual capacity as Director of The Herkimer County Probation Department; BIANCA CASTELLANO, in her official and individual capacity.

                          Defendants.
_____

**NOTICE OF MOTION**

Civil Case No.: 6:25-cv-00543 (ECC/ML)

| | |
|---|---|
| MOTION BY: | Defendants, Herkimer County, Michael Scalise and Bianca Castellano. |
| DATE, TIME, AND PLACE: | Motion returnable before Hon. Elizabeth C. Coombe, U.S. District Judge, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207 **on submission only** and on such date as the Court shall determine. |
| SUPPORTING PAPERS: | Memorandum of Law. |
| RELIEF REQUESTED: | An Order pursuant to Fed. R. Civ. P. 12(b)(6) granting Moving Defendants' Motion to Dismiss the First Amended Complaint and for such other and further relief as the Court deems just and proper. |
| RESPONDING PAPERS: | Response to motion due by August 18, 2025. |

Dated:  July 28, 2025.

                                                MURPHY BURNS GROUDINE LLP

                                                By: _____
                                                     Stephen M. Groudine, Esq.
                                                      Bar Roll No.: 516070

Attorneys for Defendants Herkimer County, Michael Scalise, and Bianca Castellano
407 Albany Shaker Road, Suite 201
Loudonville, New York 12211
Telephone: (518) 690-0096
Email: sgroudine@mbglawny.com

TO:    M.S. KIM LAW
        Attn: Malcolm Kim, Esq.
        Attorneys for Plaintiff
        2269 Lyell Avenue, Suite 103, #1074
        Rochester, New York 14606
        Email: mal@mskimlaw.com