UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH WARN, JR.,

                            Plaintiff,

-against-

HERKIMER COUNTY, MICHAEL SCALISE, in his official and individual capacity as Director of The Herkimer County Probation Department; BIANCA CASTELLANO, in her official and individual capacity.

                            Defendants.

**CERTIFICATE OF SERVICE**

Civil Case No.: 6:25-cv-00543 (ECC/ML)

---

        STEPHEN M. GROUDINE, hereby certifies that on July 28, 2025, I electronically filed a Notice of Motion to Dismiss and Memorandum of Law, on behalf of the Defendants, Herkimer County, Michael Scalise and Bianca Castellano, with the Clerk of the District Court using the CM/ECF system, which will send notification to all attorneys of record.

                                                                 /s/ Stephen M. Groudine
                                                            Stephen M. Groudine, Esq.
                                                            Bar Roll No.: 516070