## MURPHY BURNS GROUDINE LLP

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
JESSICA M. PETTEYS

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE 518.690.0096 // FAX 518.690.0053

WILLIAM J. MURPHY
1926-2006

July 29, 2025

Hon. Elizabeth C. Coombe,                                         Via CM/ECF
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

      RE:    Joseph Warn, Jr. v. Herkimer County, et al.
             Case No.: 6:25-cv-00543 (ECC/ML)

Dear Judge Coombe:

      Our office represents the Herkimer County defendants in this matter.

      On July 3, 2025, the defendants moved to dismiss the Complaint in lieu of an Answer pursuant to Federal Rule of Civil Procedure 12(b)(6). See Dkt. No. 9. On July 24, 2025, the plaintiff amended his Complaint as of right. See Dkt. No. 11. A text order was subsequently issued resetting answer/response deadlines relative to the new First Amended Complaint. Assuming the Court had already mooted the prior motion to dismiss, I promptly prepared and filed a new Motion to Dismiss the First Amended Complaint which largely tracked the prior motion but added additional arguments which incorporated some of the minor changes made to the plaintiff's original Complaint, filing the same on July 28, 2025. See Dkt. No. 13.

      I am now in receipt of the Court's text Order dated July 29, 2025 (Dkt. No. 14), requesting the defendants' preference as to how to proceed with the pending motions to dismiss. As the defendants have already submitted a new motion addressing the First Amended Complaint (Dkt. No. 13), the defendants respectfully request that the prior motion to dismiss (Dkt. No. 9) be mooted by the Court and we move forward with the pending motion against the First Amended Complaint.

      I thank the Court for its time and kind consideration of this letter request.

                           Respectfully submitted,

                           MURPHY BURNS GROUDINE LLP

                           By: Stephen M. Groudine
                           sgroudine@mbglawny.com

SMG/ycs
Cc:    Malcolm Kim, Esq. – via ECF