UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH WARN, JR.,

                Plaintiff,

-against-

HERKIMER COUNTY, MICHAEL SCALISE, in his official and individual capacity as Director of The Herkimer County Probation Department; BIANCA CASTELLANO, in her official and individual capacity.

                Defendants.

**CERTIFICATE OF SERVICE**

Civil Case No.: 6:25-cv-00543
(ECC/ML)

---

        STEPHEN M. GROUDINE, hereby certifies that on July 29, 2025, I electronically filed a Letter Brief, on behalf of the Defendants, Herkimer County, Michael Scalise and Bianca Castellano, with the Clerk of the District Court using the CM/ECF system, which will send notification to all attorneys of record.

                                            Stephen M. Groudine, Esq.
                                            Bar Roll No.: 516070
                                            Attorneys for Defendant Herkimer County,
                                            Michael Scalise and Bianca Castellano
                                            407 Albany shaker Road, Suite 201
                                            Loudonville, New York 12211
                                            Tel: (518) 690-0096
                                            Emal: sgroudine@mbglawny.com