# MURPHY BURNS GROUDINE LLP

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
JESSICA M. PETTEYS

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE  518.690.0096  //  FAX  518.690.0053

WILLIAM J. MURPHY
1926-2006

March 12, 2026

Hon. Miroslav Lovric                    (via CM/ECF)
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

       RE:    Joseph Warn, Jr. v. Herkimer County, et al.
       Case No.: 6:25-cv-00543 (ECC/ML)

Dear Judge Lovric:

      I represent the Herkimer County Defendants in this matter.  I am in receipt of the Court's text Order (Dkt. No. 20) setting the Rule 16 conference in this matter for April 8, 2026. Unfortunately, I will be out of state on vacation with my family on that date, as it is the April school break week.  Consequently, I would kindly and respectfully request an adjournment of the conference.  The following week, I am available anytime except for April 14 and the morning of April 16, 2026.

      I thank the Court for its time and kind consideration of this adjournment request.

      Respectfully Submitted,

      MURPHY BURNS GROUDINE LLP

*Stephen Groudine*

      By:  Stephen M. Groudine
      sgroudine@mbglawny.com

SMG

c:    Malcolm Kim, Esq. - via ECF