UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH WARN, JR.,

                              Plaintiff,

      -against-

HERKIMER COUNTY, MICHAEL SCALISE, in
his official and individual capacity as Director of
The Herkimer County Probation Department;
BIANCA CASTELLANO, in her official and
individual capacity.

                           Defendants.

---

**CERTIFICATE OF SERVICE**

Civil Case No.: 6:25-cv-00543
(ECC/ML)

---

        STEPHEN M. GROUDINE, hereby certifies that on March 17, 2026, I electronically filed an Answer to First Amended Complaint, on behalf of the Defendants, Herkimer County, Michael Scalise and Bianca Castellano, with the Clerk of the District Court using the CM/ECF system, which will send notification to all attorneys of record.

Stephen M. Groudine, Esq.
Bar Roll No.: 516070
Attorneys for Defendant Herkimer County,
Michael Scalise and Bianca Castellano
407 Albany shaker Road, Suite 201
Loudonville, New York 12211
Tel: (518) 690-0096
Emal: sgroudine@mbglawny.com