**MURPHY BURNS GROUDINE LLP**

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
JESSICA M. PETTEYS

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE 518.690.0096 // FAX 518.690.0053

WILLIAM J. MURPHY
1926-2006

July 2, 2026

Hon. Miroslav Lovric (via CM/ECF)
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

RE: Joseph Warn, Jr. v. Herkimer County, et al.
Case No.: 6:25-cv-00543 (ECC/ML)

Dear Judge Lovric:

I represent the Herkimer County Defendants in this matter. I write in accordance with the Court's Order (Dkt. No. 25) to provide a brief status report on the progress of discovery.

The defendants served Rule 33 Interrogatories and Rule 34 Document Demands on May 6, 2026. After securing an extension to respond, the plaintiff responded to the same on June 19, 2026. Following a review of the Rule 34 responses, the defendants (via email) objected to the limited scope of some of the materials provided. A meet and confer telephone conference was conducted between counsel on June 25, 2026, and the plaintiff agreed to provide the supplemental material in accordance with the defendants' request. As I understand it, these supplemental materials will be provided by the plaintiff in the near future.

The plaintiff served Rule 33 Interrogatories and Rule 34 Document Demands on June 19, 2026. The defendants are working diligently to respond to the same on or before the 30-day deadline of July 20, 2026 (the 19th is a Sunday). Plaintiff's counsel has assured me that if a reasonable extension to respond is necessary, he will agree to the same.

I thank the Court for its time and kind attention to this status update.

Respectfully Submitted,

MURPHY BURNS GROUDINE LLP

Stephen Groudine

By: Stephen M. Groudine
sgroudine@mbglawny.com

SMG
c: Malcolm Kim, Esq. - via ECF